[No. 54229-0-I.  Division One.  January 17, 2006.]

NTSI CORPORATION, *Appellant,* v. LORRAINE W. NELSON ET AL., *Respondents.*

Appeals from judgments of the Superior Court for King County, No. 02-2-25704-6, Mary Yu, J., entered April 16 and August 26, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.

[No. 54980-4-I.  Division One.  January 17, 2006.]

MICHELLE ST. CLAIR, *Appellant,* v. KING COUNTY, METRO TRANSIT DIVISION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-14769-1, James D. Cayce, J., entered September 14, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.

[No. 55410-7-I.  Division One.  January 17, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY MCCRANEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00826-0, Linda Lau, J., entered December 14, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55514-6-I.  Division One.  January 17, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL RILEY, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 04-1-00045-8, Susan K. Cook, J., entered October 15, 2004. *Affirmed* by unpublished per curiam opinion.